# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUE VALUE COMPANY, L.L.C.<br><br>*Plaintiff,*<br><br>v.<br><br>FREUD AMERICA, INC. and ORGILL, INC.<br><br>*Defendants.* | Case No. 1:24-cv-01334<br><br>Judge Charles Kocoras |

## NOTICE OF MOTION [TELEPHONIC HEARING]

PLEASE TAKE NOTICE that on March 7, 2024, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear telephonically before the Honorable Charles P. Kocoras in Courtroom 1801, of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall then and there present Plaintiff's Motion to Remand, a copy of which is hereby served upon you.

The hearing will be conducted telephonically via the following:

**Dial-In: 888-684-8852**
**Code: 8819984**

Dated: March 1, 2024

Respectfully submitted,

/s/ *Matthew J. Kramer*

Douglas A. Albritton
Matthew J. Kramer
Actuate Law, LLC
641 W. Lake Street, 5th Floor
Chicago, Illinois 60661
312-579-3131
matthew.kramer@actuatelaw.com
doug.albritton@actuatelaw.com
*Attorneys For True Value Company, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the foregoing **Notice of Motion** to be served upon the attorneys of record herein via the Court's electronic filing system on March 1, 2024.

By: <u>/s/ *Matthew J. Kramer*</u>
   Matthew J. Kramer