

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**             312-435-5670
Clerk

4/1/2024

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  True Value Company, L.L.C. v. Freud America, Inc. et al
USDC Case Number:  24-cv-1334
Circuit Court Case Number:  2024CH00600

Dear Clerk:

A certified copy of an order entered on 3/18/2024 by the Honorable Kocoras, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                               Sincerely yours,
                                               Thomas G. Bruton, Clerk

                                               By: /s/ Paula Harrison
                                                     Deputy Clerk

Enclosure(s)